UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| BANKERS STANDARD INSURANCE COMPANY, , | |
| Plaintiff, | |
| v. | Case No. 2:20-cv-48 |
| RICHARD BOLOGNESE, | |
| Defendant. | |

## ORDER

IT IS HEREBY ORDERED that on or before July 20, 2021, the Early Neutral Evaluator shall file his report required by Local Rule 16.1(j) of the session that was to have taken place on March 4, 2021, or, if such session did not occur, the parties shall file show case as to why this session has not taken place.

Dated at Burlington, in the District of Vermont, this 6th day of July, 2021.

/s/ William K. Sessions III
Hon. William K. Sessions III
United States District Judge